COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Joesbell Rodriguez-Sanchez v. The State of Texas

Appellate case number:       01-17-00344-CR

Trial court case number:     77278-CR

Trial court:                 149th District Court of Brazoria County

Appellant, Joesbell Rodriguez-Sanchez, was convicted of the felony offense of tampering with physical evidence and the trial court assessed punishment at confinement for eight years. Appellant has filed a pro se notice of appeal of the trial court's March 24, 2017 judgment. On May 23, 2017, the trial court clerk filed an information sheet stating that "[a]ppellant has not made a request for the clerk's record." A clerk's record has not been filed in this appeal.

Absent a designation of items to be included in the clerk's record, a trial court clerk is to prepare, certify, and file a clerk's record that contains the items listed in Texas Rule of Appellate Procedure 34.5(a) if payment arrangements have been made or appellant is entitled to proceed without paying the fee. *See* TEX. R. APP. P. 34.5(a), 35.3(a), (c). Here, the Brazoria County district clerk's online docket indicates that appointed counsel represented appellant in the trial court proceedings and the trial court signed a "Notice of Appointment and Confirmation," on May 26, 2017.[1]

**Accordingly, the district clerk is directed to prepare, certify, and file a clerk's record containing the items required under Texas Rule of Appellate Procedure 34.5(a)(2)–(9), (12). The clerk's record is due to be filed with this Court within 30 days of the date of this order.**

---

[1]     Additionally, the court reporter has filed an information sheet reflecting that "appellant is appealing as indigent."

It is so ORDERED.

Judge's signature:   <u>/s/ Terry Jennings                  </u>

                        ☑ Acting individually     ☐ Acting for the Court

Date:  <u>June 6, 2017        </u>